# U.S. District Court
# Eastern District of Michigan (Flint)
# CIVIL DOCKET FOR CASE #: 4:23−cv−12671−FKB−KGA

| | |
|---|---|
| McIvor v. Flagstar Bank, N.A. | Date Filed: 10/20/2023 |
| Assigned to: District Judge F. Kay Behm | Date Terminated: 12/27/2023 |
| Referred to: Magistrate Judge Kimberly G. Altman | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James McIvor**     represented by     **John Yanchunis**
Morgan & Morgan Complex Litigation Group
201 North Franklin Street
6th Floor
Tampa, FL 33602
813−221−6583
Email: jyanchunis@forthepeople.com
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Michael N. Hanna**
Morgan and Morgan, P.A.
2000 Town Center
Suite 1900
Southfield, MI 48075
313−251−1399
Fax: 313−739−1975
Email: mhanna@forthepeople.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

V.

**Defendant**

**Flagstar Bank, N.A.**     represented by     **Jason E. Manning**
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462
757−687−7564
Fax: 757−687−1524
Email: jason.manning@troutmansanders.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Lindsey Sieling**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

312–407–0700
Fax: 312–407–0711
Email: lindsey.sieling@skadden.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Marcella L. Lape**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
312–407–0700
Fax: 312–407–0711
Email: marcella.lape@skadden.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Sean P. McNally**
Troutman Pepper Hamilton Sanders, LLC
4000 Town Center
Suite 1800
Southfield, MI 48075
248–359–7317
Email: sean.mcnally@troutman.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**William Elliott Ridgway**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
312–407–0700
Fax: 312–407–0711
Email: william.ridgway@skadden.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2023 | Ï 1 | COMPLAINT filed by James McIvor against Flagstar Bank, N.A. with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC–9534878 – Fee: $ 402. County of 1st Plaintiff: Macomb County – County Where Action Arose: Macomb County – County of 1st Defendant: Oakland County. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Exhibit Civil Cover Sheet, # 2 Exhibit Summons to be issued) (Hanna, Michael) (Entered: 10/20/2023) |
| 10/23/2023 | Ï | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DPer) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 2 | SUMMONS Issued for *Flagstar Bank, N.A.* (DPer) (Entered: 10/23/2023) |

| | | |
|---|---|---|
| 10/24/2023 | Ï 3 | NOTICE of Appearance by John Yanchunis on behalf of James McIvor. (Yanchunis, John) (Entered: 10/24/2023) |
| 10/25/2023 | Ï 4 | WAIVER OF SERVICE Returned Executed. Flagstar Bank, N.A. waiver sent on 10/24/2023, answer due 12/26/2023. (Yanchunis, John) (Entered: 10/25/2023) |
| 11/03/2023 | Ï 5 | NOTICE of Appearance by William Elliott Ridgway on behalf of Flagstar Bank, N.A.. (Ridgway, William) (Entered: 11/03/2023) |
| 11/03/2023 | Ï 6 | NOTICE of Appearance by Marcella L. Lape on behalf of Flagstar Bank, N.A.. (Lape, Marcella) (Entered: 11/03/2023) |
| 11/03/2023 | Ï 7 | NOTICE of Appearance by Lindsey Sieling on behalf of Flagstar Bank, N.A.. (Sieling, Lindsey) (Entered: 11/03/2023) |
| 11/20/2023 | Ï 8 | NOTICE of Appearance by Sean P. McNally on behalf of Flagstar Bank, N.A.. (McNally, Sean) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 9 | NOTICE of Appearance by Jason E. Manning on behalf of Flagstar Bank, N.A.. (Manning, Jason) (Entered: 11/20/2023) |
| 12/18/2023 | Ï 10 | MDL Certified Conditional Transfer Order (CTO–22) for MDL # 3083. [Informational Copy] (SSch) (Entered: 12/18/2023) |
| 12/27/2023 | Ï 11 | MDL Certified Conditional Transfer Order (CTO–22) to District of Massachusetts for MDL # 3083. (SSch) (Entered: 12/27/2023) |
| 12/27/2023 | Ï 12 | NOTICE of Transfer to the District of Massachusetts for MDL 3083 (SSch) (Entered: 12/27/2023) |